IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISOLATOR FITNESS, INC.,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 12-4984 |
| | : | |
| **6 PACK FITNESS, LLC,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this   3rd   day of June, 2013, upon consideration of the plaintiff's uncontested motion for attorney's fees (Document #14), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the defendant shall pay $22,939.50 to the plaintiff for attorney's fees incurred in this action, plus post-judgment interest.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.